IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| FRED GORDON, <br> P.O. Box 495 <br> Warrensburg, IL 62523 <br><br> Plaintiff, <br><br> v. <br><br> CANADIAN NATIONAL/ILLINOIS <br> CENTRAL RAILROAD (CN/IC), <br><br> Defendant. <br><br> Serve: CT Corporation System <br> Registered Agent <br> 208 So. LaSalle St., Ste. 814 <br> Chicago, IL 60604-1101 | ) <br> ) <br> ) <br> ) <br> ) <br> ) Cause No. 06-2223 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) JURY TRIAL DEMANDED <br> ) <br> ) <br> ) <br> ) |

## COMPLAINT
### Federal Employers' Liability Act

COMES NOW Plaintiff, Fred Gordon, by and through his attorneys, Rathmann &

& O'Brien, L.L.C. and for his cause of action against the Defendant, CANADIAN

NATIONAL/ILLINOIS CENTRAL RAILROAD (CN/IC) (hereinafter referred to as

"CN/IC"), a corporation, states:

1. Plaintiff, Fred Gordon, is and was at all times relevant a resident of

Warrensburg, Illinois.

2.  Defendant, CN/IC, is a corporation duly organized and existing according

to law and duly authorized to engage in, and was engaged in, business as a common

1

carrier by railroad in interstate commerce in the State of Illinois and specifically in the territory which comprises the United States District Court of the Central District of Illinois.

3. Plaintiff was employed by defendant in interstate commerce and, therefore, is entitled to bring his cause of action set forth below under a federal statute known as the Federal Employers Liability Act, 45 U.S.C. Section 51 et seq.

4. This District Court has original jurisdiction of this action pursuant to 28 U.S.C. Section 1331, a federal question arising under the law of the United States of America.

5. Venue of this action is proper in the United States District Court for the Central District of Illinois pursuant to the terms of the Federal Employers Liability Act, 45 U.S.C. Section 51 et seq.

6. That on or about February 22, 2006 while employed as a conductor and switchman for the defendant, CN/IC, and during the course of his employment while working in the yard in Decatur, Illinois, plaintiff was seriously and permanently injured while lining a switch, stepped on an oversize piece of ballast which rolled under his foot, causing plaintiff to be injured.

7. Plaintiff's hereinafter stated injuries and damages were due in whole or in part as a result of the negligent acts or omissions of the defendant in one or more of the following particulars:

    a.)    Failed to provide Plaintiff with a reasonably safe place to work; or

    b.)    Failed to provide reasonably safe conditions for work; or

    c.)    Failed to provide reasonably safe methods of work; or

    d.)    Failed to provide reasonably safe pathways; or

    e.)    Failed to properly inspect the ballast or pathway; or

    f.)    Failed to properly maintain the ballast or pathway; or

    g.)    Failed to provide proper size ballast in the yard as required by defendant's rules and/or standards.

8. As a result of the aforementioned conduct of the Defendant, Plaintiff was caused to suffer the following serious, painful, and permanent injuries and/or aggravated a pre-existing condition, to-wit: Plaintiff suffered injuries to his left knee and adjacent structures; Plaintiff was caused to undergo medical treatment, tests and x-rays for same conditions.

9. Plaintiff states that, by reason of the foregoing, Plaintiff was required to undergo necessary medical, therapeutic care and treatment, and that Plaintiff incurred and became obligated for the aforesaid care and treatment; Plaintiff will in the future be caused to expend further such sums for medical treatment

10. Plaintiff states that as a direct and proximate result of the aforesaid occurrence and the negligence of Defendant, its agents, servants and employees, Plaintiff sustained an injury with past wage loss and future loss of earning capacity, loss of enjoyment of life, mental anguish, pain and suffering. Plaintiff's ability to work, labor, and enjoy the

normal pursuits of life has been impaired and lessened all to Plaintiff's damage in a sum to be determined.

WHEREFORE, Plaintiff, Fred Gordon, prays for trial by jury and judgment against the defendant, Canadian National/Illinois Central Railroad (CN/IL), in a sum fair and reasonable, in excess of $75,000.00 which is the jurisdictional limit of the Court, together with his costs expended herein.

RATHMANN & O'BRIEN, L.L.C.

/s/ Patrick S. O'Brien
PATRICK S. O'BRIEN #3127549
1031 Lami Street
St. Louis, Missouri 63104
(314) 773-3456 (Telephone)
(314) 773-7238 (Facsimile)

*Attorneys for Plaintiff*

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Fred F. Gordon

## DEFENDANTS
CANADIAN NATIONAL/ILLINOIS CENTRAL RAILROAD (CN/IC)

**(b)** County of Residence of First Listed Plaintiff    Macon
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Patrick S. O'Brien, Rathmann & O'Brien LLC
1031 Lami, St. Louis, MO 63104 (314) 773.3456

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☒ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (**Do not cite jurisdictional statutes unless diversity**):

Brief description of cause:
45 USC Section 51

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23

**DEMAND $** Over $75K

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER 06-2223

DATE 11/10/06

SIGNATURE OF ATTORNEY OF RECORD /s/ Patrick O'Brien

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____